UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Public Interest Legal Foundation, <br> Plaintiff(s) <br> v. <br> Timothy Dupuis, <br> Defendant(s). | Case No. 4:24-cv-00679-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Kaylan Phillips, an active member in good standing of the bar of the State of Indiana, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Public Interest Legal Foundation in the above-entitled action. My local co-counsel in this case is Alexander Hunt Haberbush, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 330368.

107 S.West St., Suite 700, Alexandria, VA 22314
MY ADDRESS OF RECORD

444 W. Ocean Bld. Suite 1400 Long Beach CA.90807
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

703-745-5870
MY TELEPHONE # OF RECORD

(562) 355-1916
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

kphillips@publicinterestlegal.org
MY EMAIL ADDRESS OF RECORD

ahaberbush@lbinsolvency.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 30405-84.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/26/2024

Kaylan Phillips
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kaylan Phillips is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/27/2024

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

**KAYLAN LYTLE PHILLIPS**

is a member of the bar of the Supreme Court of Indiana since admission on _____ May 14, 2012 _____, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 2nd day of May, 2023.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court