Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Kristof D. Szoke (SBN: 331561)
kszoke@meyersnave.com
MEYERS NAVE
1999 Harrison Street, 9th Floor
Oakland, California 94612
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
TIMOTHY DUPUIS, in his official capacity as
the Alameda County Registrar of Voters

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY DUPUIS, in his official capacity as the Alameda County Registrar of Voters, <br><br> Defendant. | Case No. 4:24-cv-00679-HSG <br><br> **UPDATED JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER** <br><br> The Hon. Haywood S Gilliam, Jr <br><br> Trial Date:          None Set |

Plaintiff Public Interest Legal Foundation, Inc. ("Plaintiff") and Timothy Dupuis, in his official capacity as the Alameda County Registrar of Voters (the "County of Alameda") jointly submit this Updated Joint Case Management Statement & Proposed Order pursuant to the Court's Minute Entry order following the parties' May 21, 2024 Case Management Conference (Dkt. 27).

**1.     CASE STATUS UPDATE**

Since their last Case Management Conference on May 21, 2024, the parties have been engaged in good faith and productive settlement discussions and efforts to resolve this matter. Specifically:

- On or about July 25, 2024, the County of Alameda produced what it believes are all of the requested records;
- The parties have reached a settlement in principle and are in the process of preparing a written settlement agreement ("Anticipated Settlement"); and
- Under the terms of the Anticipated Settlement, this action will ultimately be dismissed with prejudice by Plaintiff.

**2.     PROPOSED NEXT STEPS**

Given that the parties have agreed to a settlement in principle, the parties respectfully propose and request that the Court continue the August 13, 2024 Case Management Conference by approximately 60 days, at which point, the Action should be fully resolved, obviating the need for utilizing the Court's resources for any further proceedings besides processing any request for dismissal of this case.  The parties believe that 60 days is an appropriate extension to provide sufficient time for the parties to finalize the written settlement agreement, obtain necessary approval of such by the County, and to effectuate the other settlement terms.

1    DATED:  August 7, 2024                MEYERS NAVE

2

3
                                          By:        /s/ David Mehretu
4                                               DEBORAH J. FOX
                                                DAVID MEHRETU
5                                               Attorneys for Defendant
                                                TIMOTHY DUPUIS, in his official capacity as the
6                                               Alameda County Registrar of Voters

7    DATED:  August 7, 2024

8

9

10                                        By:        /s/ Maureen Riordan
                                                KAYLAN PHILLIPS*
11                                              MAUREEN RIORDAN, ESQ.*
                                                *Admitted Pro Hac Vice pursuant to Civil L.R. 11-
12                                              3
                                                Attorneys for Plaintiff
13                                              PUBLIC INTEREST
                                                LEGAL FOUNDATION, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UPDATED JOINT CASE MANAGEMENT STATEMENT

**[PROPOSED] ORDER**

The Court, having read and considered the Parties' Supplemental Joint Case Management Statement, and good cause appearing therefore, ORDER as follows:

The Case Management Conference in this case is continued, by approximately 60 days, to _____ set before this Court in the Oakland Courthouse, Courtroom 2, Fourth Floor, at _____ a.m./ p.m.

IT IS SO ORDERED.


Dated:

_____

Hon. Haywood S Gilliam, Jr

UNITED STATES DISTRICT JUDGE

5771486