Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Kristof D. Szoke (SBN: 331561)
kszoke@meyersnave.com
MEYERS NAVE
1999 Harrison Street, 9th Floor
Oakland, California 94612
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
TIMOTHY DUPUIS, in his official capacity as
the Alameda County Registrar of Voters

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY DUPUIS, in his official capacity as the Alameda County Registrar of Voters, <br><br> Defendant. | Case No. 4:24-cv-00679-HSG <br><br> **UPDATED JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER** <br><br> The Hon. Haywood S Gilliam, Jr <br><br> Trial Date:        None Set |

Plaintiff Public Interest Legal Foundation, Inc. ("Plaintiff") and Timothy Dupuis, in his official capacity as the Alameda County Registrar of Voters (the "County") jointly submit this Updated Joint Case Management Statement & Proposed Order.

**1.    CASE STATUS UPDATE**

Since their last Case Management Conference on July 9, 2024, the parties have been engaged in good faith and productive settlement discussions and efforts to resolve this matter. Specifically:

- The parties have reached a settlement, have finalized a settlement agreement, which agreement has been signed by Plaintiff, and will soon be signed by the County (the "Settlement"); and

- Under the terms of the Settlement, this action will ultimately be dismissed with prejudice by Plaintiff following completion of the other Settlement terms, which under the Settlement shall occur within 60 days of the Settlement being fully executed.

**2.    PROPOSED NEXT STEPS**

Given the Settlement, the parties respectfully propose and request that the Court continue the October 15, 2024 Case Management Conference by approximately 90 days, at which point, the Action should be fully resolved, obviating the need for utilizing the Court's resources for any further proceedings besides processing any request for dismissal of this case.  The parties believe that 90 days is an appropriate extension to provide sufficient time for the parties to effectuate all of the terms of the Settlement.

DATED:  October 8, 2024                MEYERS NAVE

By:    /s/  David Mehretu
DEBORAH J. FOX
DAVID MEHRETU
Attorneys for Defendant
TIMOTHY DUPUIS, in his official capacity as the Alameda County Registrar of Voters

1 | DATED: October 8, 2024

By:    /s/ Maureen Riordan
KAYLAN PHILLIPS*
MAUREEN RIORDAN, ESQ.*
*Admitted Pro Hac Vice pursuant to Civil L.R.11-3
Attorneys for Plaintiff
PUBLIC INTEREST
LEGAL FOUNDATION, INC.

**[PROPOSED] ORDER**

The Court, having read and considered the Parties' Supplemental Joint Case Management Statement, and good cause appearing therefore, ORDER as follows:

The Case Management Conference in this case is continued, by approximately 90 days, to _____ set before this Court in the Oakland Courthouse, Courtroom 2, Fourth Floor, at _____ a.m./ p.m.

IT IS SO ORDERED.

Dated:

_____
Hon. Haywood S Gilliam, Jr
UNITED STATES DISTRICT JUDGE

5798661.1